UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **BARRY SHEDD,** | **CIVIL ACTION NO. 5:24-CV-302-KKC** |
| Petitioner, | |
| V. | **JUDGMENT** |
| **WARDEN DAVID PAUL,** | |
| Respondent. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court ORDERS and ADJUDGES as follows:

1) Petitioner Barry Shedd's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (DE 1) is DENIED.

2) This action is STRICKEN from the docket.

This 9th day of April, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY